IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20411
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                              versus

CURTIS DWAYNE GROVER,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-99-CR-557-2
_____

November 28, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The federal public defender appointed to represent Curtis Dwayne Grover has moved to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Grover has not filed a response.

     Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.

                              MOTION GRANTED; APPEAL DISMISSED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.